# AFFIDAVIT

I, <u>GARY LINN CLAUSER</u> swear under penalties of perjury, that I did not file a Federal Individual Income Tax Return, Form 1040, nor Virginia Individual State Income Tax Return, Form 760 for the year(s) _2000-2010, 2012_ and declare that for that/those year(s), I did not have sufficient gross income to require the filing of such return under I.R.C. Section 6012 and the Treasury Regulations there under.

Should this Affidavit be accepted by the United States of America (Internal Revenue Service and the Virginia Department of Taxation) and it later be determined that I am required to file a U.S. and State Individual Income Tax Returns for the year(s) stated above, then I waive the discharge under Bankruptcy Code for any tax liability, interest, and penalties associated with those years.

9/25/13
_____
Date

_____
Taxpayer's Signature

xxx-xx-6637
Taxpayer's SSN

---

CITY/COUNTY of _Lynchburg_ )
                           ) to wit
COMMONWEALTH OF VIRGINIA   )

Subscribed and sworn before me this 25th day of September, 2013.

_____
Notary Public
My Commission Expires: 11/30/2013
Notary Registration No. 7260496